Farah D. MORTON and Baby Delight,
Inc., Plaintiffs–Appellants,

v.

THE FIRST YEARS, INC.,
Defendant–Appellee,

No. 04–1308.

United States Court of Appeals,
Federal Circuit.

Feb. 18, 2005.

Rehearing and Rehearing En Banc
Denied March 25, 2005.

Before RADER, Circuit Judge,
PLAGER, Senior Circuit Judge, and DYK,
Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.